MORRISON LAW GROUP
Theron D. Morrison (10331)
Cory B. Cottam (15113)
Attorney for Debtor(s)
290 25th Street, Ste 102
Ogden, Utah 84401
Telephone: (801) 392-9324

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH**

| | |
|---|---|
| IN RE: § | § |
| § | **CASE NO. 21-22634** |
| **Creston Anderson** § | § |
| **Lettie Anderson** § | **William T Thurman** |
| Debtor(s) § | § |

**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO EXTEND TIME TO FILE PROOF OF CLAIM
FILED BY CREDITOR AND REQUEST FOR FEES**

**(Objection Deadline: January 27, 2022;
Relief Requested: Extend Time to File Proof of Claim and Request for Fees)**

The Debtor(s) in this case has filed a Motion to Extend Time to File Proof of Claim on Behalf of Creditor and Request for Fees. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before **January 27, 2022,** you or your attorney must:

- File with the Court a written response to the objection at 350 S. Main Street, Salt Lake

City, UT 84101.
- If you mail your response to the motion, you must mail it early enough so that the court will **receive** it on or before the date stated above.
- You must also mail a copy to Morrison Law Group at 290 25th Street, STE 102, Ogden, UT 84401.
- Attend a hearing scheduled to be on February 2, 2022 1:30 p.m., at the Frank E. Moss United States Courthouse, 350 S. Main Street, Salt Lake City, Utah.. **THERE WILL BE NO FURTHER NOTICE OF HEARING AND FAILURE TO ATTEND THE HEARING WILL BE DEEMED A WAIVER OF YOUR OBJECTION.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief and the hearing may be stricken and the motion may be granted without hearing.

Date: January 10, 2022

    /s/ Cory B. Cottam
Cory B. Cottam
Attorney for Debtors