# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br>CRESTON ANDERSON<br>LETTIE ANDERSON | CASE NO: 21-22634<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/10/2022, I did cause a copy of the following documents, described below,

Motion to Approve Late File Claim Filed by Creditor

Notice and Opportunity for Hearing on Motion to Approve Late File Claim Filed by Creditor

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/10/2022

/s/ Cory Cottam
Cory Cottam  15113

Morrison Law Group
290 25th St., Ste 102
Ogden, UT  84401

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE:

CRESTON ANDERSON
LETTIE ANDERSON

CASE NO: 21-22634

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 1/10/2022, a copy of the following documents, described below,

Motion to Approve Late File Claim Filed by Creditor

Notice and Opportunity for Hearing on Motion to Approve Late File Claim Filed by Creditor

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/10/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cory Cottam
Morrison Law Group
290 25th St., Ste 102
Ogden, UT  84401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>10884<br>CASE 21-22634<br>DISTRICT OF UTAH<br>ST GEORGE<br>MON JAN 10 11-33-05 MST 2022 | CRESTON RYAN ANDERSON<br>1733 E 2290 S<br>SAINT GEORGE UT 84790-8563 | LETTIE KAE ANDERSON<br>1733 E 2290 S<br>SAINT GEORGE UT 84790-8563 |
| CT CORPORATION SYSTEMS REGISTERED AGENT<br>1108 W SOUTH UNION AVE<br>MIDVALE UT 84047 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAPITAL ONE SERVICESCABELAS<br>BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CAPITAL ONEWALMART<br>PO BOX 31293<br>SALT LAKE CITY UT 84131-0293 | CARE CREDIT SYNCB BANK<br>PO BOX 960061<br>ORLANDO FL 32896-0016 | CITIBANK COSTCO<br>PO BOX 6190<br>SIOUX FALLS SD 57117-6190 |
| COMENITY BANK<br>PO BOX 183043<br>COLUMBUS OH 43218-3043 | FREEDOM ROAD FINANCIAL<br>CO CRG LLC BIN 920016<br>PO BOX 29426<br>PHOENIX AZ 85038-9426 | FREEDOMROAD FINANCIAL CO WAYFINDER BK LLC<br>PO BOX 64090<br>TUCSON AZ 85728-4090 |
| BRYANT THOMAS HINCKLEY<br>UTAH ATTORNEY GENERALS OFFICE<br>160 EAST 300 SOUTH<br>FIFTH FLOOR<br>PO BOX 140874<br>SALT LAKE CITY UT 84114-0874 | INTERNAL REVENUE SERVICE<br>178 S RIO GRABDE ST<br>MS 5021<br>SALT LAKE CITY UT 84101-1587 | LON JENKINS TR<br>405 SOUTH MAIN STREET<br>SUITE 600<br>SALT LAKE CITY UT 84111-3408 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | ~~EXCLUDE~~<br>~~THERON D MORRISON~~<br>~~290 25TH STREET STE 102~~<br>~~OGDEN UT 84401-2660~~ | MOUNTAIN AMERICA CREDIT UNION<br>PO BOX 2331<br>SANDY UT 84091-2331 |
| NAR INC<br>1600 WEST 2200 SOUTH<br>SALT LAKE CITY UT 84119-7240 | NAVIENT<br>PO BOX 9635<br>WILKES BARRE PA 18773-9635 | NAVIENT SOLUTIONS LLC ON BEHALF OF<br>DEPARTMENT OF EDUCATION LOAN SERVICES<br>PO BOX 9635<br>WILKES-BARRE PA 18773-9635 |
| OLSON SHANER<br>PO BOX 3898<br>SALT LAKE CITY UT 84110-3898 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| SYNCBAMAZON<br>PO BOX 960013<br>ORLANDO FL 32896-0013 | NICHLAS P SPALLAS<br>WAYFINDER BK LLC<br>PO BOX 64090<br>TUCSON AZ 85728-4090 | SYNCHRONY BANK<br>CARE OF PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANKAMAZON
170 ELECTION RD 125
DRAPER UT 84020-6425

EXCLUDE
~~UNITED STATES TRUSTEE~~
~~WASHINGTON FEDERAL BANK BLDG~~
~~405 SOUTH MAIN STREET~~
~~SUITE 300~~
~~SALT LAKE CITY UT 84111-3402~~

UTAH COUNTY CONSTABLE
1220 N 500 W  201
LEHI UT 84043-1107

UTAH STATE TAX COMMISSION
ATTN BANKRUPTCY UNIT
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134-9000

WELLS FARGO AUTO FINANCE
PO BOX 51963
LOS ANGELES CA 90051-6263

WELLS FARGO BANK NA DBA WELLS FARGO AU
PO BOX 130000
RALEIGH NC 27605-1000

WELLS FARGO BANK NA FDIC 13718
2389 WASHINGTON BLVD
OGDEN UT 84401-1971

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Creditor)
Utah State Tax Commission
Attn Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-9000
represented by:
Bryant Thomas Hinckley
Utah Attorney General's Office
160 East 300 South
Fifth Floor
P.O. Box 140874
Salt Lake City, UT 84114-0874

bhinckley@agutah.gov

(U.S. Trustee)
United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111

USTPRegion19.SK.ECF@usdoj.gov

(Trustee)
Lon Jenkins tr
405 South Main Street
Suite 600
Salt Lake City, UT 84111

ecfmail@ch13ut.org

(Creditor)
FreedomRoad Financial c/o Wayfinder
BK, LLC
PO Box 64090
Tucson, AZ 85728-4090
represented by:
Nichlas P. Spallas
Wayfinder BK, LLC
P.O. Box 64090
Tucson, AZ 85728-4090

bknotices@wayfinderbk.com

(Joint Debtor)
Lettie Kae Anderson
1733 E 2290 S
Saint George, UT 84790
represented by:
Theron D. Morrison
290 25th Street, Ste 102
Ogden, UT 84401

topofutahlaw@gmail.com

(Debtor)
Creston Ryan Anderson
1733 E 2290 S
Saint George, UT 84790
represented by:
Theron D. Morrison
290 25th Street, Ste 102
Ogden, UT 84401

topofutahlaw@gmail.com