**This order is SIGNED.**

**Dated: February 2, 2022**


**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



wtf

---

MORRISON LAW GROUP
Theron D. Morrison (10331)
Cory B. Cottam (15113)
Attorney for Debtor(s)
290 25th Street, Ste 102
Ogden, Utah 84401
Telephone: (801) 392-9324

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 21-22634 |
| **Creston Anderson** § | |
| **Lettie Anderson** § | William T Thurman |
| Debtor(s) § | |

### ORDER ON MOTION TO EXTEND TIME TO FILE PROOF OF CLAIM FILED BY CREDITOR AND REQUEST FOR FEES

Pursuant to Notice of Hearing ("Notice") filed by Counsel for **Creston Anderson & Lettie Anderson (hereinafter "Debtor")** a Hearing was scheduled for.  Further, pursuant to the Notice, objections to the Debtor's Motion to Extend Time to File Proof of Claim on Behalf of Creditor and Request for Fees were to be filed and served on counsel for Debtor not later than **.** The Notice provided that in the absence of objections, the Court may grant the relief requested without a hearing.  The Court having determined that no written response to the Debtor's Motion

to Extend Time to File Proof of Claim on Behalf of Creditor and Request for Fees has been filed, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

1. The Debtor's Motion to Extend Time to File Proof of Claim on behalf of Freedom Road Financial is granted and the time is extended until December 17, 2021.

2. Attorney fees in the amount of $627.51 are awarded as an administrative expense claim to counsel and shall be paid pursuant to the confirmation Order.

(END OF ORDER)

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order on Motion to Extend Time to File Proof of Claim on Behalf of Creditor and Request for Fees** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

    Lon Jenkins, Chapter 13 Trustee:

    U.S. Bankruptcy Trustee's Office:

    Theron D. Morrison, Counsel for Debtor(s):

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

    **Creston Anderson & Lettie Anderson**
    1733 E 2290 S
    St George, UT 84790


Date: January 31, 2022

                                                  /s/ Cory B. Cottam
                                                        Cory B. Cottam
                                                       Attorney for Debtors